IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:94-cr-01009-MP-AK

CLAUDE LOUIS DUBOC,

    Defendant.
_____/

### O R D E R

This matter is before the Court on Doc. 1039, Letter of Inquiry, filed by Defendant Claude Duboc. In the letter, Mr. Duboc states that there has been no activity on his Motion to Vacate for twenty months, and he asks the Court to review the status of his motion. Currently, this matter is before the Magistrate Judge. The Magistrate has informed the Court that Defendant Duboc's case is fifth in line to be reviewed and anticipates that a Report and Recommendation on Mr. Duboc's Motion to Vacate will be filed in the next thirty to sixty days.

**DONE AND ORDERED** this *16th* day of January, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge